```
 1  CHRISTOPHER J. HICKS
    Washoe County District Attorney
 2  HERBERT B. KAPLAN
    Deputy District Attorney
 3  Nevada State Bar Number 7395
    P.O. Box 11130
 4  Reno, NV  89520-0027
    (775) 337-5700
 5  hkaplan@da.washoecounty.us
    ATTORNEYS FOR DEFENDANTS,
 6  DANIEL WHEELER, ERIC KOCH, and GREG ASHBY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHARLES EARL GRANDERSON, JR., | |
| Plaintiff, | Case No. 3:17-CV-00655-MMD-WGC |
| vs. | **STIPULATION TO DISMISS WITH PREJUDICE** |
| DANIEL WHEELER, ERIC KOCH, and GREG ASHBY, | |
| Defendants. | |

Plaintiff CHARLES EARL GRANDERSON, JR . and Defendants DANIEL WHEELER, ERIC KOCH, and GREG ASHBY, by and through undersigned counsel of record, hereby stipulate to dismiss this action with prejudice in its entirety, and all claims against all Defendants, and any and all claims that could have arisen from the events set forth in Plaintiff's Civil Rights Complaint (ECF No. 5), pursuant to Fed.R.Civ.P. 41(a) and the Settlement Agreement and Release of Claims executed in this Litigation.

//

//

//

The parties further stipulate and agree that party shall bear their own attorney's fees and costs incurred herein.

Dated this 10 day of August, 2018.

CHRISTOPHER J. HICKS
District Attorney

By /s/ Herbert B. Kaplan
HERBERT B. KAPLAN
Deputy District Attorney
P.O. Box 11130
Reno, NV 89520-0027
(775) 337-5700

ATTORNEYS FOR DEFENDANTS

Dated this 10 day of JULY, 2018.

*Charles Earl Granderson Jr*
CHARLES EARL GRANDERSON, JR.
#49885048 Coleman FCI
P.O. Box 1033
Coleman, FL 33521

PLAINTIFF, IN PROPER PERSON

IT IS SO ORDERED.

Dated: August 13, 2018

_____
U.S. District Judge

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the Office of the District Attorney of Washoe County, over the age of 21 years and not a party to nor interested in the within action. I certify that on this date, the foregoing MOTION TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS was electronically filed with the U.S. District Court by using the CM/ECF System. I further certify that on this date, I deposited for mailing in the U.S. Mails, with postage fully prepaid, a true and correct copy of the foregoing document addressed to the following:

Charles Earl Granderson, Jr.
#49885048 Coleman FCI
P.O. Box 1033
Coleman, FL 33521

Dated this 10th day of August, 2018.

/s/ M. Coin
M. Coin